UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARMEN CALDWELL,

  Plaintiff,

-vs-                                                CASE NO.:  6:16-CV-01676-PGB-GJK

NAVIENT SOLUTIONS, INC. and STUDENT
ASSISTANCE CORPORATION,

  Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Carmen Caldwell, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system this 30 day of May, 2017 to the following parties: all counsel of record.

                                                s/*Octavio Gomez*
                                                Octaivio Gomez, Esquire
                                                Morgan & Morgan, Tampa,  P.A.
                                                One Tampa City Center
                                                201 N. Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Tele:  (813) 223-5505
                                                Fax:  (813) 223-5402
                                                tgomez@forthepeople.com
                                                Florida Bar #:  0338620
                                                Attorney for Plaintiff

cc: James R. Betts, Mediator